**No. 56981.**—J. M. McCauley & Son *v.* United States, protest 181387–K (New York).

Opinion by Ekwall, J.   An examination of the record showed that the protest was filed more than 60 days after the dates of liquidation of the two entries involved.   The motion to dismiss was therefore granted.

**No. 56982.**—Carey & Skinner, Inc. *v.* United States, protests 151041–K, etc. (Buffalo).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of hair-on leather, a side upper leather made from calfskins, finished or partly finished, not cut or wholly or partly manufactured into uppers, vamps, or any forms or shapes suitable for conversion into boots, shoes, or footwear, the same in all material respects as that the subject of *Carey & Skinner, Inc.* v. *United States* (29 Cust. Ct. 8, C. D. 1436), the claim of the plaintiff was sustained.

**No. 56983.**—Mr. Leon Marks *v.* United States, protests 188753–K and 192398–K (New York).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of earthenware teapots and coffeepots, each encased in a metal felt-lined cozy, the same in all material respects as the merchandise the subject of *Leon Marks* v. *United States* (28 Cust. Ct. 98, C. D. 1393), the claim of the plaintiff was sustained.